SILAS W. CRANDALL, Appellant, v. A. B. LEACH & COMPANY, INCORPORATED, ARTHUR B. LEACH and WILFRED E. FULCHER, Respondents.— Appeal from order dismissed, without costs of this appeal to either party, the question having been decided in the appeal from the judgment.* All concur. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

DOMENICO SURACE and GRAZIA SURACE, Respondents, v. SAM DANNA, Appellant, Impleaded with Another, Defendant.— Order affirmed, with ten dollars costs and disbursements. All concur, except Hubbs, P. J., and Clark, J., who dissent and vote for reversal. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

AMERICAN PIPE AND CONSTRUCTION COMPANY, Appellant, v. THE STATE OF NEW YORK, Respondent. (Claim No. 2444A.) — Judgment, so far as appealed from, reversed on the law, with costs, and award increased by the sum of $17,048.50, making a total of $18,103.82, with interest from the date of the filing of the claim, upon the authority of *Degnon Contracting Co.* v. *City of New York* (235 N. Y. 481) and *Hunt* v. *U. S.* (257 U. S. 125). All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

In the Matter of the Probate of the Last Will and Testament of GIOVANNI R. MOTTOLA, Deceased.— Decree affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

In the Matter of the Probate of the Last Will and Testament of BARBARA R. MOTTOLA, Deceased.— Decree affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

In the Matter of the Probate of the Last Will and Testament of HELEN S. WILBER, Deceased.— Decree affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

ALFRED J. MASTERS and Others, Suing for the TRADERS NATIONAL BANK OF ROCHESTER, etc., Respondents, v. TRADERS NATIONAL BANK OF ROCHESTER and Others, Appellants.— Order affirmed, with $10 costs and disbursements, on the ground that although the action involves a controversy arising under the laws of the United States (*Chesbrough* v. *Woodworth*, 244 U. S. 73) it is not shown that the controversy under the laws of the United States exceeds the sum or value of $3,000, exclusive of interest and costs. (U. S. Code, tit. 28, § 41, subd. 1.)† All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

---

* See *ante*, p. 263.— [REP.

† See, also, U. S. Judicial Code (36 U. S. Stat. at Large, 1091), § 24, subd. 1.— [REP.